UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERICA RICHARDSON,

        Plaintiff,

    -against-

STATEN ISLAND UNIVERSITY HOSPITAL,
et al.,

        Defendants.
------------------------------------------------------------X

ORDER
CV-15-2367 (JBW)

Gold, S., U.S. Magistrate Judge:

    Plaintiff, represented by counsel, brings this case alleging claims of employment discrimination, hostile work environment and retaliation. Plaintiff has filed a motion for leave to proceed *in forma pauperis*, or "IFP". Docket Entry 2.

    A court may authorize a plaintiff to commence a suit without paying a filing fee if she submits an affidavit detailing her income and assets and demonstrates that she is unable to make the payment. Whether a plaintiff qualifies for IFP status rests with the court's discretion. *Pinede v. New York City Dept. of Environmental Protection*, 2013 WL 1410380, at *2 (E.D.N.Y. Apr. 8, 2013); *DiGianni v. Pearson Educ.*, 2010 WL 1741373, at *1 (E.D.N.Y. Apr. 30, 2010).

    Having reviewed the financial disclosures made by plaintiff on her application, I find that she has failed to establish her inability to pay the court's $400 filing fee. Plaintiff is gainfully employed, earning $2,176 monthly. Plaintiff's rent is only $650 per month. Plaintiff has more than $1000 in her checking account and more than $25,000 in investments. Based on these facts, plaintiff's motion is denied. Plaintiff is directed to pay the court's filing fee by May 15, 2015.

                                                SO ORDERED.

                                                /s/
                                          STEVEN M. GOLD
                                          U. S. MAGISTRATE JUDGE

April 28, 2015
Brooklyn, New York